IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **VS.** | * | **CR. NO. 05-00020-CG** |
| **ANTONIO DEWAYNE LAW,** | * | |
| Defendant. | * | |

## ORDER

This matter is before the court on the United States' Motion for Reduction of Sentence pursuant to Rule 35(b) of the Federal Rules of Procedures.

Upon due consideration and based on the grounds cited, the United States' motion is **GRANTED**. Therefore, it is **ORDERED** that defendant Antonio Dewayne Law's sentence as set out in the judgment entered on April 4, 2006 (Doc. 29) hereby is amended, and his term of imprisonment as to each of Counts 3 and 4 is reduced from sixty (60) months to forty-eight (48) months. Said terms are to run concurrently with each other. All other terms and conditions of the sentence and judgment remain the same.

**DONE AND ORDERED** this 6th day of December, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE